# Court of Appeals
# of the State of Georgia

ATLANTA,  July 25, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2131.  FREDRIC EUGENE PRESTON v. THE STATE.**
**A12A2132.  FREDRIC EUGENE PRESTON v. THE STATE.**

In 2011, Fredric Eugene Preston pled guilty to child molestation and other crimes and received a twenty-year sentence.  He later filed a "Motion to Correct Clerical Error," seeking credit for time served.  On November 23, 2011, the trial court entered an order denying Preston's motion.  On January 5, 2012, Preston filed a notice of appeal from the November 23 order.  On May 23, 2012, Preston filed a second notice of appeal from the same order.  Preston's notices of appeal were docketed here as case numbers A12A2131 and A12A2132.[1]

Pretermitting whether Preston had a right of direct appeal from the order in question, his appeals were untimely.  A notice of appeal must be filed within 30 days after entry of the order to be appealed. See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Preston filed his notices of appeal 43 and 182 days after entry of the trial court's order.  Because we lack jurisdiction to consider Preston's untimely appeals, they are hereby DISMISSED.

---

[1] Preston also filed an application for discretionary appeal from the November 23, 2011, order.  That application has been docketed here as case no. A12D0437.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/25/2012
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*